UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARANCE LE-ROND WILLIAMS,<br><br>          Petitioner,<br><br>    v.<br><br>MATTHEW L. CATE, Secretary,<br><br>          Respondent. | 1:11-CV-01139 AWI BAM HC<br><br>ORDER DISMISSING NOTICE OF APPEAL AND MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>[Doc. #13] |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      On July 28, 2011, the Court issued a Findings and Recommendation that recommended the petition be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

      On September 29, 2011, Petitioner filed timely objections to the Findings and Recommendation. On the same date, Petitioner also filed a notice of appeal and motion for certificate of appealability. Rule 4(a)(1) of the Federal Rules of Appellate Procedure states in relevant part:

    (1) Time for Filing a Notice of Appeal.

        (A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice

of appeal required by Rule 3 must be filed with the district clerk within 30 days **after** the judgment or order appealed from is entered.

(emphasis added). Because a judgment or final order has not been entered in the instant case, Petitioner's motion for appeal and for certificate of appealability is premature.

Accordingly, the Court HEREBY ORDERS that Petitioner's motion for appeal and for certificate of appealability is DISMISSED with leave to renew the motion at a later date.

IT IS SO ORDERED.

Dated:  **January 9, 2012**                    /s/ **Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE