UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARANCE LE-ROND WILLIAMS, | ) | 1:11-CV-01139 AWI BAM HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING REQUEST FOR LEAVE |
| | ) | TO FILE SUPPLEMENTAL OPPOSITION |
| v. | ) | TO FINDINGS AND RECOMMENDATION |
| | ) | |
| MATTHEW L. CATE, Secretary, | ) | [Doc. #15] |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 28, 2011, the Court issued a Findings and Recommendation that recommended the petition be DENIED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 29, 2011, Petitioner filed timely objections to the Findings and Recommendation. Since that time, the Findings and Recommendation has been pending review by the District Court. On January 4, 2012, Petitioner filed a motion for leave to file supplemental objections. Briefing in this case concluded on September 29, 2011, with the filing of Petitioner's objections, and the matter is currently under review by the District Court. Petitioner offers no reason why further briefing should be granted.

1    Accordingly, Petitioner's motion for leave to file supplemental objections is DENIED.

2    IT IS SO ORDERED.

3    **Dated:**   **January 10, 2012**            **/s/ Barbara A. McAuliffe**
                                                UNITED STATES MAGISTRATE JUDGE